```
 1 │ RONALD P. SLATES  State Bar #43712
   │ KEVIN A. HOANG, State Bar #277132
 2 │ KONRAD L. TROPE, Of Counsel State Bar #133214
   │ RONALD P. SLATES, P.C.
 3 │ 500 S. Grand Avenue, Biltmore Tower Suite 2010
   │ Los Angeles, California 90071
 4 │ (213) 624-1515 / FAX (213) 624-7536
   │ rslates2@rslateslaw.com
 5 │ khoang@rslateslaw.com
   │ ktrope@tropelawgroup.com
 6 │
   │ Attorneys for Plaintiff Daniel Yun Deng
 7 │
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DANIEL YUN DENG, an individual<br><br>           Plaintiff,<br><br>    vs.<br><br>ZHUANG DENG, an individual; LEI DENG, an individual; JING-SHENG LI, an individual; JING WANG, an individual and DOES 1 through 25, inclusive,<br><br>           Defendants. | CASE No. 2:22-cv-01585-DMG(JCx)<br><br>Case Assigned to Hon. Dolly M. Gee, District Judge - Crtrm 8C - 8th Floor<br><br>**NOTICE OF PENDENCY OF ACTION**<br><br>**[Civil Code §§3439.07(a)(3)(c) and 3439.12; Federal Rule of Civil Procedure, Rule 64(a)]** |

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Civil Procedure, Rule 64(a), California Civil Code Sections 3439.07 (a)(3)(c) and 3439.12, that the above-entitled action concerning and affecting, among other things, real property as described herein was commenced on March 9, 2022, in the above-entitled court by Plaintiff DANIEL YUN DENG, an individual as against Defendants ZHUANG DENG, an individual, LEI DENG, an individual, JING-SHENG LI, an individual, and JING WANG, an individual:

    1.    The action concerns and affects title to, or the right of possession of, specific real property situated in the City of Los Angeles, County of Los Angeles,

1  State of California, commonly known as 9321 Via Ferrera, Burbank, California 91504
2  and more particularly described as:
3      "A Condominium comprised of:
4      PARCEL 1:
5      Those portions of Lot 4 of Tract No. 27216, in the City of Los Angeles, County
6  of Los Angeles, State of Calfiornia, as per map recorded in Book 871 Pages 38 to 41
7  inclusive of maps, in the office of the County Recorder of said County, shown and
8  defined as Unit 1 on the Condominium Plan recorded February 27, 1978 as Instrument
9  No. 78-212215 of Official Records of said County.
10     PARCEL 2:
11     An undivided 1/83rd interest in and to that portion of Lot 4 of said Tract No.
12 27216, in the City of Los Angeles, County of Los Angeles, State of California, shown
13 and defined as "common area" on said Condominium Plan.
14     PARCEL 3:
15     Non-Exclusive easements for access, ingress, egress, use, enjoyment,
16 maintenance, drainage, repair, encroachment, support and for other purposes, all as
17 defined and set forth in the Declaration and the Supplementary Declaration hereinafter
18 referred to as being incorporated herein by reference thereto. APN No: 2401-047-101;
19 and
20     2.    The action concerns and affects title to, or the right of possession
21 of, specific real property situated in the City of Pasadena, County of Los Angeles, State
22 of California, commonly known as 2750 San Pasqual Street, Pasadena, California
23 91107 and more particularly described as:
24     Lot 4 of Tract No. 15720 in the City of Pasadena, County of Los Angeles, State
25 of California as per Map recorded in Book 342, Pages 23 and 24 of Maps, in the Office
26 of the County Recorder of said County. APN No.: 5377-039-004
27 ///
28 ///

Notice of Pendency of Action

Federal Rule of Civil Procedure, Rule 64(a) provides:

"(a) Remedies Under State Law - In General. At the commencement of and throughout an action, every remedy is available that, under state law where the court is located, provides for seizing a person or property to secure satisfaction of the potential judgment. But a federal statute governs to the extent it applies."

The object of Plaintiff's action is to have title to, or the right to possession of, the identified specific property adjudicated by the Court.

DATED: March 14, 2022

          Respectfully submitted,

          RONALD P. SLATES
         A PROFESSIONAL CORPORATION

          BY: KEVIN A. HOANG
        Attorney for Plaintiff Daniel Yun Deng

See attached Notarial Certificate

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____Los Angeles____ )

On __03/14/2022__ before me, __Miesha L Moore Notary Public__
(insert name and title of the officer)

personally appeared __Kevin A Hoang__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MIESHA L. MOORE
Notary Public - California
Los Angeles County
Commission # 2365943
My Comm. Expires Jul 16, 2025

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 500 South Grand Avenue, Biltmore Tower Suite 2010, Los Angeles, California 90071.

    On March 14, 2022, I served the foregoing document described as **NOTICE OF PENDENCY OF ACTION** on all interested parties in this action as stated below and on the attached Service List.

| | |
|---|---|
| ✔ | **[BY MAIL]** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed on the attached Service List and placed the envelope for collection and mailing CERTIFIED MAIL, RETURN RECEIPT REQUESTED, following our ordinary business practices. I am readily familiar with the practice of this business for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services, in a seal envelope with postage fully prepaid. |
| | **[BY PERSONAL SERVICE]** I personally delivered the document(s) to the persons at the address(es) listed on the attached Service List. For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the document(s), in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. |
| | **[BY OVERNIGHT DELIVERY]** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| | **[BY ELECTRONIC SERVICE]** My electronic address is scannavan@rslateslaw.com. On the date set forth herein, I electronically served the above-listed document(s) to the person(s) at the electronic address(es) listed. |

    Executed on March 14, 2021, at Simi Valley, California.

[ ]   (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Sandy Cannavan*
SANDY CANNAVAN

## SERVICE LIST

Lei Deng
9321 Via Ferrera
Burbank, California 91504

Lei Deng
2750 San Pasqual Street
Pasadena, CA 91107

Jing Wang
2750 San Pasqual Street
Pasadena, CA 91107