**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL YUN DENG, an individual, | Case No. 2:22-cv-01585-FWS-JC_ |
| Plaintiff, | **ORDER RE NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE ALL HEARING DATES [45]** |
| v. | |
| ZHUANG DENG, an individual; LEI DENG, an individual; JING-SHENG LI, an individual; JING WANG, an individual; and DOES 1-25, inclusive, | |
| Defendants. | |

///

///

///

1

# ORDER

Having considered and reviewed the Parties' Notice of Settlement and Stipulated Request to Vacate All Hearing Dates [45] (the "Stipulation"), and good cause appearing, the court **ORDERS** the following:

1.  All pending and scheduled dates, including the **December 15, 2022**, hearing date for Defendants' Motion to Dismiss and Motion to Expunge Lis Pendens [31, 32, 41], as well as vacate the Rule 26(f) Conference currently set for **December 15, 2022** [42], are **VACATED**.

2.  No later than **March 15, 2023**, the Parties shall file their Dismissal paperwork.

**IT IS SO ORDERED**.

DATED: December 5, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2